UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,                    Case No. 2:17-CR-306 JCM (PAL)

                            Plaintiff(s),                    ORDER

        v.

SVYATOSLAV BONDARENKO, et al.,

                            Defendant(s).

        Presently before the court is the matter of *USA v. Bondarenko et al.*, case number 2:17-cr-00306-JCM-PAL.

        On November 1, 2018, the government filed a motion to dismiss with prejudice the indictment (ECF No. 301), first superseding indictment (ECF No. 302), and second superseding indictment (ECF No. 303) as to defendant Roland Patrick N'Djimbi Tchikaya.  (ECF No. 428). The government informs the court that it moves to dismiss "after further review of the evidence against the above-mentioned Defendant."  *Id.*

        Good cause appearing, the court will dismiss with prejudice the indictment (ECF No. 301), first superseding indictment (ECF No. 302), and second superseding indictment (ECF No. 303) as to defendant Roland Patrick N'Djimbi Tchikaya pursuant to Federal Rule of Criminal Procedure 48(a).

        IT IS SO ORDERED.

        DATED November 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge